UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | |
|---|---|
| TROYLYN DIX | CIVIL ACTION NUMBER: 2:22-cv-3484 |
| VERSUS | |
| PINNACLE ENTERTAINMENT, INC. AND XYZINSURANCE COMPANY | JUDGE: |
| | MAGISTRATE: |

## NOTICE OF REMOVAL

Defendant, Pinnacle Entertainment, Inc., file this Notice of Removal removing this cause from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, in which it is now pending, to the United States District Court for the Eastern District of Louisiana. This removal is predicated upon the fact that this litigation is wholly between citizens of different states, and plaintiff's Petition for Damages indicates an amount in controversy that exceeds the federal jurisdictional amount, exclusive of interest and court costs.

1.

This case was commenced in the 24th Judicial District Court for the Parish of Jefferson. Upon information and belief, the Petition for Damages was filed on August 14, 2022 and served on defendant on August 21, 2022.

2.

The named defendants are Pinnacle Entertainment, Inc., and a fictitious insurance companies.

3.

At the time of the present filing, no answers have been filed by any named defendants.

4.

This action is one of a civil nature purporting to be a claim under the Louisiana tort law, more specifically the merchant liability statute, Louisiana Revised Statute § 9:2800.6 and/or Louisiana Civil Code article 2317.1. Specifically, the plaintiff alleges at paragraph 4 of the Petition for Damages noted she slipped and fell outside a restroom at Boomtown Casino New Orleans.

5.

As a result of this, the plaintiff alleges that she has suffered and will suffer from damages including disability, loss of earning capacity, loss of enjoyment of life, pain and suffering and mental anguish. (Exhibit A, Petition for Damages ¶ 8).

6.

The Petition sets forth that the plaintiff is a resident and domiciliary of Louisiana. Pursuant to the plaintiff's judicial admission, she is considered a citizen of the State of Louisiana. (Exhibit A, Petition for Damages).

7.

Pinnacle Entertainment, Inc., is a Delaware corporation with its principal place of business in Wyomissing, Pennsylvania.

8.

Pinnacle Entertainment, Inc. is a corporation. Therefore, its citizenship is determined by its place of incorporation (Delaware) and its principal place of business, (Wyomissing, Berks County, Pennsylvania).

9.

Therefore, under Federal Procedural Law, Pinnacle Entertainment, Inc., is considered citizens of Delaware and Pennsylvania.

10.

The plaintiff, being a citizen of Louisiana, and the defendant being a citizen of Delaware and Pennsylvania, this case is wholly between citizens of different states.

11.

The plaintiff's Petition for Damages asserts that as a result of the incident that allegedly occurred on or about August 14, 2021, at Boomtown Casino, the plaintiff suffered injuries to her back, neck, head, and other areas of her body (Exhibit A, Petition for Damages ¶ 6).

12.

While the defense denies that an incident occurred and that the plaintiff was injured, the allegation of damages set for in the Petition for Damages, indicate an amount in controversy exceeding $75,000.00, exclusive of interest and costs.

13.

The case being wholly between citizens of different states and the amount in controversy exceeding $75,000.00, exclusive of interest and costs, this Court has jurisdiction pursuant to 28 U.S.C § 1332.

14.

Pursuant to the 28 U.S.C § 1441, this case may be removed the United States District Court, for the Eastern District of Louisiana.

15.

Pursuant to 28 U.S.C. § 1446(A), copies of all process, pleadings and orders of the court in the state action are attached hereto.

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU, BARGAS, REED & HELM, LLC**

*s/Matthew W. Pryor*
Matthew W. Pryor (#23903)
Kolby P. Marchand (#38336)
9456 Jefferson Highway
Building III, Suite F
Baton Rouge, Louisiana 70809
Telephone: (225) 292-6704
Facsimile: (225) 292-6705
Email: mpryor@kwbbrlaw.com
Email: kmarchand@kwbbrlaw.com
*Attorneys for Louisiana-I Gaming, a Louisiana Partnership in Commendam and Pinnacle Entertainment, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing served on:

Troylyn Dix
Through her counsel of record,
Robert Pearson
4480 General Degaulle Drive, Suite 115
New Orleans, Louisiana 70131
Email: rpearson@pearsonmitchell.com

by emailing same to the above email address, this 26th day of September, 2022.

*s/Matthew W. Pryor*