# State of Louisiana
# Secretary of State

|  |  |
|---|---|
|  | Legal Services Section |
| 09/01/2022 | P.O. Box 94125, Baton Rouge, LA 70804-9125 |
|  | (225) 922-0415 |

PINNACLE ENTERTAINMENT, INC.
3980 HOWARD HUGHES PARKWAY
LAS VEGAS, NV  89169

Suit No.: 831538
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

TROYLYN DIX
vs
PINNACLE ENTERTAINMENT, INC., ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN                Date: 08/31/2022
Served by: M. LOCKWOOD                   Title: DEPUTY SHERIFF

SCOPE

**No: 1248932**

DB

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE

220823-8282-5

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

TROYLYN DIX
   versus
PINNACLE ENTERTAINMENT INC AND XYZ INSURANCE COMPANY

Case: 831-538   Div: "K"
P 1 TROYLYN DIX

SERVED ON
R. KYLE ARDOIN

To: PINNACLE ENTERTAINMENT INC
D/B/A BOOMTOWN CASINO NEW ORLEANS
THROUGH ITS AGENT FOR SERVICE OF PROCESS
LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVENUE
BATON ROUGE LA 70809

AUG 31 2022

SECRETARY OF STATE
SOS CK #3154 $50.00
COMMERCIAL DIVISION
EBR CK #3155 $40.44

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within TWENTY-ONE (21) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney ROBERT A. PEARSON and was issued by the Clerk of Court on the 23rd day of August, 2022.

/s/ Karen F Mcevers
Karen F Mcevers, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES; REQUEST FOR WRITTEN NOTICE

220823-8282-5

Received:_____ Served:_____ Returned:_____

Service was made:
   ___ Personal   ___ Domicilary _____

Unable to serve:
   ___ Not at this address   ___ Numerous attempts _____ times
   ___ Vacant   ___ Received too late to serve
   ___ Moved   ___ No longer works at this address
   ___ No such address   ___ Need apartment / building number
   ___ Other _____

Service: $_____ Mileage: $_____ Total: $_____

Completed by:_____ # _____
               Deputy Sheriff
Parish of: _____

PI
835

## 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 831-538　　　　　　　　　　　　　　　　　　　　　DIVISION "K"

### TROYLYN DIX

### VERSUS

### PINNACLE ENTERTAINMENT, INC. and XYZ INSURANCE COMPANY

FILED:_____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

### PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes **TROYLYN DIX**, a person of lawful age domiciled in the State of Louisiana, who respectfully represents:

1.

Made defendants herein are the following:

   A. **PINNACLE ENTERTAINMENT, INC., ("BOOMTOWN CASINO")** a foreign corporation who is domiciled in Wilmington, Delaware with its principal place of business in Las Vegas, Nevada, who is doing business in the State of Louisiana, Parish of Jefferson, as Boomtown Casino New Orleans, Inc., (hereinafter referred to as "Boomtown Casino"); and

   B. **XYZ INSURANCE COMPANY**, who upon information and belief is a foreign insurance company, authorized to do and doing business in the State of Louisiana, which issued a policy, in effect at the time of the incident, to defendant, Boomtown Casino.

2.

The above-named defendants are justly and truly indebted, jointly and in solido, unto the Plaintiff for damages, injuries, and losses sustained, together with legal interest from the date of judicial demand, costs of these proceedings, and other general and equitable relief described herein for all of the reasons set forth in these proceedings:

3.

On or about August 14, 2021, Ms. TROYLYN DIX sustained injuries in an incident at the Boomtown Casino, owned by defendant, Pinnacle Entertainment, Inc., located at 4132 Peters Rd., Harvey, Louisiana.

4.

Ms. Dix was in the process of exiting the restroom and slipped and fell on the wet floor just outside of the restroom door.

24th E-Filed: 08/14/2022 23:57 Case: 831538 Div:K Atty:033492 ROBERT A PEARSON

5.

There was no signage in the area to warn Ms. Dix that the floor was wet.

6.

As a result of the above-described incident, plaintiff, TROYLYN DIX, sustained injuries including, but not limited to a to her neck, back, and head, amongst others, which will be more fully established at trial.

7.

Ms. Dix avers that defendants have failed to properly maintain the area, and as such created an unreasonably dangerous condition which caused her injuries.

8.

Plaintiff, TROYLYN DIX, claims the following damages as a result of this accident and her injuries:

1) Physical pain and suffering - past, present and future;

2) Mental pain, anguish and distress - past, present and future;

3) Loss of enjoyment of life - past, present and future;

4) Lost wages - past, present and future;

5) Disability - past, present and future;

6) Impairment of earning capacity - past, present and future;

7) Medical expenses - past, present and future; and

8) Other elements of damages to be more fully set forth at the trial of this matter.

9.

Ms. Dix avers that defendants are liable for all such injuries caused by their fault and neglect under LA C.C. art. 2315.

10.

Ms. Dix further avers that defendants are liable for all such injuries and damages caused by a thing in its custody under La. C.C. art. 2317.

11.

Ms. Dix also asserts that defendants are liable for all such injuries and damages caused by the ruin of its business location under La. C.C. art. 2322.

24th E-Filed: 08/14/2022 23:57 Case: 831538 Div:K Atty:033492 ROBERT A PEARSON

12.

Ms. Dix avers that an actual and proximate cause of the accident and the plaintiff's injuries and damages was the unreasonably dangerous condition.

13.

Ms. Dix alleges that a substantial cause of the accident and the plaintiffs' damages was the fault and negligence by defendants, which is described in part, but not exclusively, as follows:

1) In failing to exercise that degree of care which we might reasonably expect of an ordinarily prudent person under the same or similar circumstances;

2) In failing to maintain and ensure the property located at 4132 Peters Rd., Harvey, Louisiana free from vices, defects, and unreasonably dangerous conditions;

3) In failing to warn potential victims of the existence of an unreasonably dangerous condition on its premises;

4) In failing to correct an unreasonably dangerous condition on its premises;

5) In failing to properly inspect its premises;

6) In failing to properly maintain its premises in a safe condition for use in a manner consistent with purposes for which premises are intended; and

7) In failing to design and maintain a proper slot machines for patrons to use while patronizing their facility;

8) Any and all acts of negligence, omissions, and/or legal fault that shall be discovered and shown at the time of this trial.

14.

Ms. Dix avers that defendant, Boomtown Casino, owns and maintains the entire facility, as well as the hallway in question.

15.

Plaintiff is informed, believes, and therefore alleges that at the time of the accident the defendants, BOOMTOWN CASINO, had issued a liability insurance policy to XYZ INSURANCE COMPANY, which was in full force and effect at the time of the accident, and which insurance inures to the benefit of Plaintiff under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

16.

WHEREFORE Plaintiff prays that the defendants be served with a copy of this petition and citation, and after all legal delays and due proceedings had, there be judgment in favor of the

damages in an amount that will fully and adequately satisfy the demands of justice and equity, together with legal interest thereon from date of judicial demand, until paid, and for all cost of these proceedings.

                                                Respectfully Submitted:

                                                PEARSON & MITCHELL, LLC

                                                /s/ *Robert Pearson*

                                                **Robert A. Pearson (#33492)**
                                                **Joelann S. Rousell (#38955)**
                                                4480 General Degaulle Dr., Suite 115
                                                New Orleans, Louisiana 70131
                                                Phone: (504) 483-9050
                                                Facsimile: (800) 695-9056
                                                Email: rpearson@pearsonmitchell.com
                                                Attorneys for TROYLYN DIX

**PLEASE SERVE:**
**PINNACLE ENTERTAINMENT, INC. d/b/a BOOMTOWN CASINO NEW ORLEANS**
Through its Agent for Service of Process,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

**XYZ INSURANCE COMPANY**
Please Hold Service

24th E-Filed: 08/14/2022 23:57 Case: 831538 Div:K Atty:033492 ROBERT A PEARSON

PI
SIS

# 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

## STATE OF LOUISIANA

NO. 831-538

DIVISION "K"

### TROYLYN DIX

### VERSUS

### PINNACLE ENTERTAINMENT, INC. and XYZ INSURANCE COMPANY

FILED: _____

_____
DEPUTY CLERK

## REQUEST FOR WRITTEN NOTICE

TO:  **CLERK OF COURT**
Civil District Court
Parish of JEFFERSON

**PURSUANT TO** Article 1572 of the Louisiana Code of Civil Procedure, I hereby request written notice of the dates set for trial of the above numbered and entitled matter, or the date set for trial or hearing of any pleading or motion herein, at least ten (10) days before any trial or hearing date.

I also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Article 1913 and 1914 of the Louisiana Code of Civil Procedure.

Respectfully Submitted:

PEARSON & MITCHELL, LLC

/s/ *Robert Pearson*

_____
**Robert A. Pearson (#33492)**
**Joelann S. Rousell (#38955)**
4480 General Degaulle Dr., Suite 115
New Orleans, Louisiana 70131
Phone: (504) 483-9050
Facsimile: (800) 695-9056
Email: rpearson@pearsonmitchell.com
Attorneys for TROYLYN DIX

24th E-Filed: 08/14/2022 23:57 Case: 831538 Div:K Atty:033492 ROBERT A PEARSON