## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT LOUISIANA

| | |
|---|---|
| TROYLYN DIX ) | CIVIL ACTION NO. 2:22-CV-3484 |
| ) | |
| VERSUS ) | |
| ) | MAG. JUDGE: ROBY |
| PINNACLE ENTERTAINMENT, ) | |
| INC., ET AL ) | JUDGE: BARBIER |

## **MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, Troylyn Dix, who move this Honorable Court for an order remanding this proceeding to the State Court from which it was removed, the District Court of the Twenty-Fourth Judicial District in and for the Parish of Jefferson, for the reasons set forth in the Memorandum in Support of this Motion to Remand, and pursuant to 28 U.S.C. §1447(c).

Plaintiff asserts that this Court lacks subject matter jurisdiction because the defendant has failed to prove, by a preponderance of the evidence, that the amount in controversy has met the statutory requirement as set forth in 28 U.S.C. §1332. Thus, the action should be remanded to State court pursuant to 28 U.S.C. §1447(c).

Respectfully Submitted:

PEARSON & MITCHELL LLC

/s/ *Robert A. Pearson*

---

**ROBERT A. PEARSON (#33492)**
**JOELANN S. ROUSELL (#38955)**
4480 General Degaulle Dr., Suite 115
New Orleans, Louisiana 70131
Telephone: (504) 483-9050
Facsimile: (800) 695-9056
E-mail: rpearson@pearsonmitchell.com
Counsel for Plaintiff